MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
Attorneys for Defendant,
American Family Mutual Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE FANIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:11-cv-00507-LDG-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Glen Lerner & Associates, attorneys for the Plaintiff, CHARLOTTE FANIN, and Matthew J. Douglas, attorney for Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page 1 of 3

260475

with prejudice, pursuant to settlement.

DATED this \_\_\_13th\_\_\_ day of June, 2011.

ATKIN WINNER & SHERROD

_____
Matthew J. Douglas, Esq.
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendant

GLEN J. LERNER & ASSOCIATES

_____
Adam Smith, Esq.
Nevada Bar No. 9690
4795 South Durango Drive
Las Vegas, NV 89147
Attorney for Plaintiff

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice.

DATED this __21__ day of __June__ 2011.

_____
DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:11-cv-00507-LDG-RJJ